

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 1, 2019

Carissa L. Beene
1106 San Antonio St.
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Keith M. Henneke
Special Assistant County
Attorney
Travis County Attorney's Office
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Leslie W. Dippel
Assistant Travis County Attorney
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-19-00373-CV
        Trial Court Case Number:      18-1071-C425
        Style:  Carissa L. Beene
                v.
                David Puryear, Cynthia Bourland, Scott Field, Keith Henneke, and
        David Escamilla

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

                                Very truly yours,
                                KEITH E. HOTTLE,
                                Clerk of Court

                                Cecilia Phillips
                                Deputy Clerk, Ext. 5-3221

cc: Cynthia Wilson Veidt (DELIVERED VIA E-MAIL)
Patrick M. Kelly (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00373-CV

Carissa L. **BEENE,**
Appellants

v.

David **PURYEAR**, Cynthia Bourland, Scott Field, Keith Henneke, and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
David Peeples, Judge Presiding

# O R D E R

On July 11, 2019, the appellants in appeals No. 04-19-00373-CV and No. 04-19-00374-CV filed a joint motion requesting that the appeals be consolidated and for an extension of time in which to file their briefs. On July 22, 2019, appellees filed a response opposing the appellants' motion to consolidate.

The appellants' joint motion to consolidate is **DENIED**. The motion for extension of time in which to file the appellant's briefs in appeal No. 04-19-00373-CV is **GRANTED**. The appellant's brief in appeal No. 04-19-00373-CV is due on or before **September 3, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas


August 1, 2019

No. 04-19-00373-CV

Carissa L. **BEENE,**
Appellants

v.

David **PURYEAR**, Cynthia Bourland, Scott Field, Keith Henneke, and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
David Peeples, Judge Presiding


# O R D E R

On July 11, 2019, the appellants in appeals No. 04-19-00373-CV and No. 04-19-00374-CV filed a joint motion requesting that the appeals be consolidated and for an extension of time in which to file their briefs. On July 22, 2019, appellees filed a response opposing the appellants' motion to consolidate.

The appellants' joint motion to consolidate is **DENIED**. The motion for extension of time in which to file the appellant's briefs in appeal No. 04-19-00373-CV is **GRANTED**. The appellant's brief in appeal No. 04-19-00373-CV is due on or before **September 3, 2019**.


_/s/ Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.


_/s/ Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court


Entered this 1st day of August 2019